**Order filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-10-01206-CV

————————

**BORIS TWAIN CLEWIS, Appellant**

**V.**

**SCOTT K. BOATES, TEMPORARY ADMINISTRATOR WITH ANNEXED OF THE ESTATE OF REDELL CLEWIS, SR., DECEASED, Appellee**

---

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 307,615-401**

---

## O R D E R

The clerk's record was filed December 15, 2010.  On September 27, 2011, we directed the Harris County District Clerk to file a supplemental clerk's record containing "Intervention Pursuant to Rule 60 Tex. R. Civ. Proc. and/or Opposition Pursuant to Tex. Prob. Code Section 10 (w/8 Exhibits attached)."   According to appellant, it was filed the case below on or about July 23, 2010.

On October 10, 2011, a supplemental clerk's record was filed containing "INTERVENOR'S FIRST ORIGINAL AMENDED AND/OR SUPPLEMENTAL OF INTERVENTION PURSUANT TO RULE 60 TEX. R. CIVIL PROC. AND/OR

OPPOSITION PURSUANT TO TEX. PROB. CODE SECTION 10." This intervention was filed September 13, 2010.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **October 31, 2011**, containing Intervenor's First Original Intervention, filed on or about July 23, 2010.

**If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.**

PER CURIAM